UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ALEJANDRO GOMEZ, | ) | Case No. EDCV 07-1475-JSL(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 10/15/2008

_____
J. Spencer Letts
United States District Judge